# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:18−cv−12250−RA

| | |
|---|---|
| NetSoc, LLC v. Quora, Inc. | Date Filed: 12/27/2018 |
| Assigned to: Judge Ronnie Abrams | Jury Demand: Plaintiff |
| Lead case: 1:18−cv−10262−RA | Nature of Suit: 830 Patent |
| Member cases: | Jurisdiction: Federal Question |
|    1:18−cv−12215−RA | |
|    1:18−cv−12267−RA | |

Cause: 28:1338pt Patent Infringement

**Plaintiff**

**NetSoc, LLC**       represented by   **William P. Ramey , III**
Ramey & Schwaller, LLP
5020 Montrose Blvd.
Suite 750
Houston, TX 77006
713−426−3923
Fax: 832−900−4941
Email: wramey@rameyfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Quora, Inc.**       represented by   **Jordan Trent Jones**
Kilpatrick Townsend & Stockton LLP (Menlo Park)
1080 Marsh Road
Menlo Park, CA 94025
650−326−2400
Email: jtjones@kilpatricktownsend.com
*ATTORNEY TO BE NOTICED*

**Megan Elizabeth Bussey**
Kilpatrick Townsend and Stockton LLP
1114 Avenue of The Americas
New York, NY 10036
(212)−775−8708
Fax: (212)−775−8806
Email: mbussey@kilpatricktownsend.com
*ATTORNEY TO BE NOTICED*

**Richard W. Goldstucker**
Kilpatrick Townsend & Stockton LLP (GA)
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
(404)−815−6073

Email: rgoldstucker@kilpatricktownsend.com
*ATTORNEY TO BE NOTICED*

**Steven D. Moore**
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston–Salem, NC 27101–2400
336–607–7300
Fax: 336–607–7500
Email: smoore@kilpatricktownsend.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/27/2018 | Ï 1 | **FILING ERROR – DEFICIENT PLEADING – FILED AGAINST PARTY AND SIGNATURE ERROR –** COMPLAINT against NetSoc, LLC. (Filing Fee $ 400.00, Receipt Number ANYSDC–16112390)Document filed by NetSoc, LLC.(Ramey, William) Modified on 12/28/2018 (jgo). (Entered: 12/27/2018) |
| 12/27/2018 | Ï 2 | **FILING ERROR – PDF ERROR –** CIVIL COVER SHEET filed. (Ramey, William) Modified on 12/28/2018 (jgo). (Entered: 12/27/2018) |
| 12/27/2018 | Ï 3 | **FILING ERROR – DEFICIENT PLEADING – SUMMONS REQUEST PDF ERROR –** REQUEST FOR ISSUANCE OF SUMMONS as to Quora, Inc., re: 1 Complaint. Document filed by NetSoc, LLC. (Ramey, William) Modified on 12/28/2018 (jgo). (Entered: 12/27/2018) |
| 12/28/2018 | Ï | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney William P. Ramey, III to RE–FILE Document No. 1 Complaint. The filing is deficient for the following reason(s): the wrong party/parties whom the pleading is against were selected; the pleading was not signed by the filing attorney;. Re–file the pleading using the event type Complaint found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. (jgo)** (Entered: 12/28/2018) |
| 12/28/2018 | Ï | ***NOTICE TO ATTORNEY REGARDING DEFICIENT CIVIL COVER SHEET. Notice to attorney William P. Ramey, III to RE–FILE Document No. 2 Civil Cover Sheet. The filing is deficient for the following reason(s): Citizenship Plaintiff and Citizenship Defendant codes must only be selected when Jurisdiction Diversity code is selected; the PDF was the signed by the filing attorney;. Re–file the document using the event type Civil Cover Sheet found under the event list Other Documents and attach the correct PDF. Use civil cover sheet issued by S.D.N.Y. dated June 2017. The S.D.N.Y. Civil Cover Sheet dated June 2017 is located at http://nysd.uscourts.gov/file/forms/civil–cover–sheet.. (jgo)** (Entered: 12/28/2018) |
| 12/28/2018 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Vernon S. Broderick. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (jgo) (Entered: 12/28/2018) |
| 12/28/2018 | Ï | Magistrate Judge Henry B. Pitman is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (jgo) (Entered: 12/28/2018) |

| | | |
|---|---|---|
| 12/28/2018 | Ï | Case Designated ECF. (jgo) (Entered: 12/28/2018) |
| 12/28/2018 | Ï | Case Eligible for Patent Pilot Program. (jgo) (Entered: 12/28/2018) |
| 12/28/2018 | Ï | **\*\*\*NOTICE TO ATTORNEY TO SUBMIT AO 120 FORM PATENT/TRADEMARK. Notice to Attorney William P. Ramey, III to submit a completed AO 120 Form Patent/Trademark to court for review. Use the event type AO 120 Form Patent/Trademark – Notice of Submission by Attorney found under the event list Other Documents. (jgo)** (Entered: 12/28/2018) |
| 12/28/2018 | Ï 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by NetSoc, LLC.(Ramey, William) (Entered: 12/28/2018) |
| 12/28/2018 | Ï | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney William P. Ramey, III to RE−FILE Document No. 3 Request for Issuance of Summons. The filing is deficient for the following reason(s): party name on the PDF 'To' section does not exactly match initial pleading caption;. Re−file the document using the event type Request for Issuance of Summons found under the event list Service of Process – select the correct filer/filers – and attach the correct summons form PDF. (jgo)** (Entered: 12/28/2018) |
| 12/31/2018 | Ï 5 | COMPLAINT against Quora, Inc.. Document filed by NetSoc, LLC. (Attachments: # 1 Exhibit A)(Ramey, William) (Entered: 12/31/2018) |
| 12/31/2018 | Ï 6 | CIVIL COVER SHEET filed. (Hoffman, David) (Entered: 12/31/2018) |
| 01/04/2019 | Ï 7 | AO 120 FORM PATENT – NOTICE OF SUBMISSION BY ATTORNEY. AO 120 Form Patent/Trademark for case opening submitted to court for review.(Hoffman, David) (Entered: 01/04/2019) |
| 01/15/2019 | Ï 8 | REQUEST FOR ISSUANCE OF SUMMONS as to Quora, Inc., re: 5 Complaint. Document filed by NetSoc, LLC. (Hoffman, David) (Entered: 01/15/2019) |
| 01/16/2019 | Ï 9 | ELECTRONIC SUMMONS ISSUED as to Quora, Inc.. (dnh) (Entered: 01/16/2019) |
| 01/30/2019 | Ï 10 | CONSENT LETTER MOTION for Extension of Time to File Answer re: 5 Complaint addressed to Judge Vernon S. Broderick from Megan Bussey dated January 30, 2019. Document filed by Quora, Inc..(Bussey, Megan) (Entered: 01/30/2019) |
| 01/31/2019 | Ï 11 | ORDER granting 10 Letter Motion for Extension of Time to Answer re 5 Complaint. APPLICATION GRANTED. SO ORDERED. (Quora, Inc. answer due 3/11/2019.) (Signed by Judge Vernon S. Broderick on 1/31/2019) (rro) (Entered: 01/31/2019) |
| 02/15/2019 | Ï 12 | MOTION for William P. Ramey III to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−16361743. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by NetSoc, LLC. (Attachments: # 1 Affidavit of William Ramey, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Granting Pro Hac Vice)(Ramey, William) (Entered: 02/15/2019) |
| 02/19/2019 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 12 MOTION for William P. Ramey III to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−16361743. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 02/19/2019) |
| 02/20/2019 | Ï 13 | ORDER granting 12 Motion for William P. Ramey III to Appear Pro Hac Vice (HEREBY ORDERED by Judge Vernon S. Broderick)(Text Only Order) (msa) (Entered: 02/20/2019) |

| | | |
|---|---|---|
| 03/04/2019 | 14 | CONSENT LETTER MOTION for Extension of Time to File Answer re: 5 Complaint addressed to Judge Vernon S. Broderick from Megan E. Bussey dated March 4, 2019. Document filed by Quora, Inc..(Bussey, Megan) (Entered: 03/04/2019) |
| 03/05/2019 | 15 | ORDER granting 14 Letter Motion for Extension of Time to Answer re 5 Complaint. SO ORDERED. (Quora, Inc. answer due 3/25/2019.) (Signed by Judge Vernon S. Broderick on 3/5/2019) (rro) (Entered: 03/05/2019) |
| 03/25/2019 | 16 | MOTION for Richard W. Goldstucker to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−16555832. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Quora, Inc.. (Attachments: # 1 Affidavit of Richard W Goldstucker, # 2 Cert of Good Standing – GA, # 3 Text of Proposed Order)(Goldstucker, Richard) (Entered: 03/25/2019) |
| 03/25/2019 | 17 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** NOTICE of of Motion to Dismiss for Improper Venue or, In the Alternative, Transfer. Document filed by Quora, Inc.. (Bussey, Megan) Modified on 5/8/2019 (ldi). (Entered: 03/25/2019) |
| 03/25/2019 | 18 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** MOTION to Dismiss *for Improper Venue or, In the Alternative, Transfer*. Document filed by Quora, Inc..(Bussey, Megan) Modified on 5/8/2019 (ldi). (Entered: 03/25/2019) |
| 03/25/2019 | 19 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** DECLARATION of Eric Kolovson in Support re: 18 MOTION to Dismiss *for Improper Venue or, In the Alternative, Transfer*. Document filed by Quora, Inc. (Bussey, Megan) Modified on 5/8/2019 (ldi). (Entered: 03/25/2019) |
| 03/25/2019 | ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 16 MOTION for Richard W. Goldstucker to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−16555832. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (jc)** (Entered: 03/25/2019) |
| 03/25/2019 | 20 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Quora, Inc..(Bussey, Megan) (Entered: 03/25/2019) |
| 03/25/2019 | 21 | MOTION to Dismiss *for Failure to State a Claim Upon Which Relief Can Be Granted*. Document filed by Quora, Inc..(Bussey, Megan) (Entered: 03/25/2019) |
| 03/25/2019 | 22 | MEMORANDUM OF LAW in Support re: 21 MOTION to Dismiss *for Failure to State a Claim Upon Which Relief Can Be Granted*. . Document filed by Quora, Inc.. (Bussey, Megan) (Entered: 03/25/2019) |
| 03/25/2019 | ï | ***DELETED DOCUMENT. Deleted document number CONSOLIDATED MEMBER CASE. The document was incorrectly filed in this case. (ks)** (Entered: 03/25/2019) |
| 03/25/2019 | 24 | ENDORSED LETTER addressed to Judge Ronnie Abrams from Robert Greeson dated 3/8/2019 re: Request for consolidation. ENDORSEMENT: Application granted. These cases shall be consolidated at least through claim construction and will be reassigned to me for all purposes. No later than April 5, 2019, the parties shall file any proposed revised scheduling orders as they deem necessary. SO ORDERED. (Signed by Judge Ronnie Abrams on 3/25/2019) (rj) (Entered: 03/27/2019) |
| 03/25/2019 | ï | CONSOLIDATED MEMBER CASE: Create association to 1:18−cv−10262−RA.. (rj) (Entered: 03/27/2019) |
| 03/26/2019 | ï | NOTICE OF CASE REASSIGNMENT to Judge Ronnie Abrams. Judge Vernon S. Broderick is no longer assigned to the case. (jc) (Entered: 03/26/2019) |

| | | |
|---|---|---|
| 03/26/2019 | 23 | ORDER granting 16 Motion for Richard W. Goldstucker to Appear Pro Hac Vice (HEREBY ORDERED by Judge Ronnie Abrams)(Text Only Order) (arc) (Entered: 03/26/2019) |
| 04/01/2019 | 25 | MOTION for Steven D. Moore to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–16603489. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Quora, Inc.. (Attachments: # 1 Affidavit Steven D Moore, # 2 Cert of Good Standing – CA, # 3 Cert of Good Standing – GA, # 4 Cert of Good Standing – NC, # 5 Text of Proposed Order)(Moore, Steven) (Entered: 04/01/2019) |
| 04/02/2019 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 25 MOTION for Steven D. Moore to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–16603489. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 04/02/2019) |
| 04/02/2019 | 26 | ORDER granting 25 Motion for Steven D. Moore to Appear Pro Hac Vice (HEREBY ORDERED by Judge Ronnie Abrams)(Text Only Order) (arc) (Entered: 04/02/2019) |
| 04/05/2019 | 27 | MEMO ENDORSEMENT granting (37) Motion for Extension of Time to File Response/Reply re (37 in 1:18–cv–10262–RA) MOTION for Extension of Time to File Response/Reply *to Quora's Motion to Dismiss/Unopposed*. ( Responses due by 4/29/2019) in case 1:18–cv–10262–RA. ENDORSEMENT: Application granted. SO ORDERED. (Signed by Judge Ronnie Abrams on 4/5/2019) Filed In Associated Cases: 1:18–cv–10262–RA, 1:18–cv–12250–RA (ks) (Entered: 04/08/2019) |
| 04/09/2019 | 28 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Jordan Trent Jones to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Quora, Inc.. (Attachments: # 1 Affidavit Jordan Trent Jones, # 2 Cert of Good Standing – CA, # 3 Cert of Good Standing – DC, # 4 Text of Proposed Order)(Jones, Jordan) Modified on 4/10/2019 (wb). (Entered: 04/09/2019) |
| 04/09/2019 | Ï | Pro Hac Vice Fee Payment: for 28 MOTION for Jordan Trent Jones to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.**. Filing fee $ 200.00, receipt number ANYSDC–16659189.(Jones, Jordan) (Entered: 04/09/2019) |
| 04/09/2019 | 29 | CASE MANAGEMENT PLAN AND SCHEDULING ORDER: All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). This case is to be tried to a jury. Amended Pleadings due by 9/6/2019. Joinder of Parties due by 9/6/2019. Fact Discovery due by 2/13/2020. Depositions shall be completed by 1/10/2020. All expert discovery, including disclosures, reports, production of underlying documents, and depositions shall be completed by 8/17/2020. Expert depositions shall be completed by 8/17/2020. Discovery due by 8/17/2020. Post–Discovery Conference set for 8/21/2020 at 11:00 AM before Judge Ronnie Abrams. The parties have conferred and their present best estimate of the length of trial is seven (7) days. (Signed by Judge Ronnie Abrams on 4/9/2019) Filed In Associated Cases: 1:18–cv–10262–RA, 1:18–cv–12215–RA, 1:18–cv–12250–RA, 1:18–cv–12267–RA(rro) (Entered: 04/10/2019) |
| 04/10/2019 | Ï | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 28 MOTION for Jordan Trent Jones to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): expired Certificate of Good Standing from Supreme Court of California;. Re–file the motion as a Corrected Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (wb)** (Entered: 04/10/2019) |
| 04/10/2019 | 30 | MOTION for Jordan Trent Jones to Appear Pro Hac Vice *, CORRECTED*. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Quora, Inc.. (Attachments: # 1 Affidavit of Jordan Trent Jones, # 2 Cert of Good Standing – CA, # 3 Cert of Good Standing – DC, |

| | | |
|---|---|---|
| | | # 4 Text of Proposed Order)(Jones, Jordan) (Entered: 04/10/2019) |
| 04/10/2019 | 31 | ORDER: The Court previously referred NetSoc, LLC v. Chegg Inc., No. 18–CV–10262, to the Court Court–annexed Mediation Program, to be assigned to a mediator with expertise in patent law, and to begin mediation in late April or early May. No later than April 18, 2019, the parties in the other cases shall inform the Court as to whether they seek to participate in that mediation. SO ORDERED. (Signed by Judge Ronnie Abrams on 4/10/2019) Filed In Associated Cases: 1:18–cv–10262–RA, 1:18–cv–12215–RA, 1:18–cv–12250–RA, 1:18–cv–12267–RA(rj) (Entered: 04/11/2019) |
| 04/11/2019 | Ï | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 30 MOTION for Jordan Trent Jones to Appear Pro Hac Vice , *CORRECTED*. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb) (Entered: 04/11/2019) |
| 04/11/2019 | 32 | ORDER granting 30 Motion for Jordan Trent Jones to Appear Pro Hac Vice (HEREBY ORDERED by Judge Ronnie Abrams)(Text Only Order) (arc) (Entered: 04/11/2019) |
| 04/18/2019 | 33 | LETTER addressed to Judge Ronnie Abrams from Megan Bussey dated 04–18–2019 re: Mediation. Document filed by Quora, Inc..(Bussey, Megan) (Entered: 04/18/2019) |
| 04/22/2019 | 34 | RESPONSE to Motion re: 18 MOTION to Dismiss *for Improper Venue or, In the Alternative, Transfer*. . Document filed by NetSoc, LLC. (Attachments: # 1 Text of Proposed Order Proposed Order, Transfer, # 2 Text of Proposed Order Proposed Order, Venue Discovery, # 3 Affidavit Decl. of WPRIII, # 4 Exhibit Ex. 1 to Decl. of WPRI, # 5 Exhibit Ex. 2, Decl. mof WPRIII, # 6 Exhibit Ex. 3, Decl. of WPRIII)(Ramey, William) (Entered: 04/22/2019) |
| 04/22/2019 | 35 | RESPONSE in Opposition to Motion re: 21 MOTION to Dismiss *for Failure to State a Claim Upon Which Relief Can Be Granted*. . Document filed by NetSoc, LLC. (Attachments: # 1 Text of Proposed Order)(Ramey, William) (Entered: 04/22/2019) |
| 04/23/2019 | 36 | MEMORANDUM OF LAW in Opposition re: 21 MOTION to Dismiss *for Failure to State a Claim Upon Which Relief Can Be Granted*. . Document filed by NetSoc, LLC. (Attachments: # 1 Text of Proposed Order)(Ramey, William) (Entered: 04/23/2019) |
| 04/24/2019 | 37 | CONSENT LETTER MOTION for Extension of Time to File Response/Reply as to 17 Notice (Other), 21 MOTION to Dismiss *for Failure to State a Claim Upon Which Relief Can Be Granted*. addressed to Judge Ronnie Abrams from Megan E. Bussey dated April 24, 2019. Document filed by Quora, Inc..(Bussey, Megan) (Entered: 04/24/2019) |
| 04/25/2019 | 38 | ORDER granting 37 Letter Motion for Extension of Time to File Response/Reply. Application granted. SO ORDERED. Replies due by 5/13/2019. (Signed by Judge Ronnie Abrams on 4/25/2019) (ne) (Entered: 04/25/2019) |
| 05/08/2019 | Ï | ***NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Notice to Attorney Megan Elizabeth Bussey to RE–FILE Document 17 Notice (Other). Use the event type Dismiss found under the event list Motions. (ldi) (Entered: 05/08/2019) |
| 05/08/2019 | Ï | ***NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Notice to Attorney Megan Elizabeth Bussey to RE–FILE Document 18 MOTION to Dismiss *for Improper Venue or, In the Alternative, Transfer*. Use the event type Memorandum of Law in Support of Motion found under the event list Replies, Opposition and Supporting Documents. (ldi) (Entered: 05/08/2019) |
| 05/08/2019 | Ï | ***NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney Megan Elizabeth Bussey to RE–FILE Document 19 Declaration in Support of Motion. ERROR(S): Document linked to filing error. (ldi) (Entered: |

| | | |
|---|---|---|
| | | 05/08/2019) |
| 05/08/2019 | 39 | MOTION to Dismiss , *with Corrected Event Type*. Document filed by Quora, Inc..(Bussey, Megan) (Entered: 05/08/2019) |
| 05/08/2019 | 40 | MEMORANDUM OF LAW in Support re: 39 MOTION to Dismiss , *with Corrected Event Type*. . Document filed by Quora, Inc.. (Bussey, Megan) (Entered: 05/08/2019) |
| 05/08/2019 | 41 | DECLARATION of Eric Kolovson in Support re: 39 MOTION to Dismiss , *with Corrected Event Type*.. Document filed by Quora, Inc.. (Bussey, Megan) (Entered: 05/08/2019) |
| 05/13/2019 | 42 | REPLY MEMORANDUM OF LAW in Support re: 39 MOTION to Dismiss , *with Corrected Event Type*. . Document filed by Quora, Inc.. (Bussey, Megan) (Entered: 05/13/2019) |
| 05/13/2019 | 43 | REPLY MEMORANDUM OF LAW in Support re: 21 MOTION to Dismiss *for Failure to State a Claim Upon Which Relief Can Be Granted*. . Document filed by Quora, Inc.. (Bussey, Megan) (Entered: 05/13/2019) |
| 05/16/2019 | 44 | MEMORANDUM OF LAW in Opposition re: 39 MOTION to Dismiss , *with Corrected Event Type*. . Document filed by NetSoc, LLC. (Attachments: # 1 Affidavit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Text of Proposed Order, # 6 Text of Proposed Order)(Ramey, William) (Entered: 05/16/2019) |
| 06/12/2019 | 46 | JOINT LETTER MOTION for Local Rule 37.2 Conference addressed to Judge Ronnie Abrams from RALPH CARTER, ESQ. dated June 12, 2019. Document filed by Oath Inc..Filed In Associated Cases: 1:18−cv−10262−RA, 1:18−cv−12215−RA, 1:18−cv−12250−RA, 1:18−cv−12267−RA(Carter, Ralph) (Entered: 06/12/2019) |
| 06/13/2019 | 47 | ORDER terminating (52) Letter Motion to Adjourn Conference in case 1:18−cv−10262−RA; terminating (38) Letter Motion to Adjourn Conference in case 1:18−cv−12215−RA; terminating (45) Letter Motion to Adjourn Conference in case 1:18−cv−12250−RA; terminating (39) Letter Motion to Adjourn Conference in case 1:18−cv−12267−RA. This letter has been filed in error in connection with case number l9−cv−03433 (GWH). The Clerk of Court is respectfully directed to remove this letter from this docket and the dockets of the related cases, 18−cv−12250, 18−cv−12215, and 18−cv−12267. SO ORDERED. (Signed by Judge Ronnie Abrams on 6/13/2019) Filed In Associated Cases: 1:18−cv−10262−RA, 1:18−cv−12215−RA, 1:18−cv−12250−RA, 1:18−cv−12267−RA (rj) (Entered: 06/14/2019) |
| 06/13/2019 | | ***DELETED DOCUMENT. Deleted document number 45 Letter Motion. The document was incorrectly filed in this case. (rj)** (Entered: 06/14/2019) |
| 07/03/2019 | 48 | ORDER: denying as moot (53) Letter Motion for Local Rule 37.2 Conference in case 1:18−cv−10262−RA; denying as moot (39) Letter Motion for Local Rule 37.2 Conference in case 1:18−cv−12215−RA; denying as moot (46) Letter Motion for Local Rule 37.2 Conference in case 1:18−cv−12250−RA; denying as moot (40) Letter Motion for Local Rule 37.2 Conference in case 1:18−cv−12267−RA. The Defendants in these patent cases, which have been consolidated through at least claim construction, request that the Court stay discovery pending resolution of their motions to dismiss. Having considered Defendants' motions to dismiss and the parties' letters at Dkts. 53 and 55, the Court concludes that a stay is warranted. Accordingly, discovery in these cases is hereby stayed pending the Court's resolution of Defendants' pending motions. Defendants' request for an informal conference is denied as moot. And as set forth herein. SO ORDERED. (Signed by Judge Ronnie Abrams on 7/03/2019) Filed In Associated Cases: 1:18−cv−10262−RA, 1:18−cv−12215−RA, 1:18−cv−12250−RA, 1:18−cv−12267−RA (ama) (Entered: 07/03/2019) |
| 07/09/2019 | 49 | FIRST AMENDED COMPLAINT amending 5 Complaint against Quora, Inc. with JURY DEMAND.Document filed by NetSoc, LLC. Related document: 5 Complaint. (Attachments: # 1 Exhibit A)(Ramey, William) (Entered: 07/09/2019) |

| | | |
|---|---|---|
| 07/15/2019 | 50 | LETTER MOTION for Conference *Recently filed Second Amended Complaint (ECF No. 44.)* addressed to Judge Ronnie Abrams from RALPH CARTER, ESQ. dated July 15, 2019., LETTER MOTION for Extension of Time to File Response/Reply addressed to Judge Ronnie Abrams from RALPH CARTER, ESQ. dated July 15, 2019. Document filed by Oath Inc., Oath Inc..Filed In Associated Cases: 1:18−cv−10262−RA, 1:18−cv−12215−RA, 1:18−cv−12250−RA, 1:18−cv−12267−RA(Carter, Ralph) (Entered: 07/15/2019) |
| 07/16/2019 | 51 | LETTER RESPONSE to Motion addressed to Judge Ronnie Abrams from William P. Ramey III dated 07/16/19 re: (45 in 1:18−cv−12267−RA, 45 in 1:18−cv−12267−RA) LETTER MOTION for Conference *Recently filed Second Amended Complaint (ECF No. 44.)* addressed to Judge Ronnie Abrams from RALPH CARTER, ESQ. dated July 15, 2019. LETTER MOTION for Extension of Time to File Response/Reply addressed to Judge Ronnie Abrams from RALPH CARTER, ESQ. dated July 15, 2019. . Document filed by NetSoc, LLC. Filed In Associated Cases: 1:18−cv−10262−RA, 1:18−cv−12250−RA, 1:18−cv−12267−RA(Ramey, William) (Entered: 07/16/2019) |
| 07/16/2019 | 52 | LETTER addressed to Judge Ronnie Abrams from Megan Bussey dated 07/16/19 re: Conference re First Amended Complaint. Document filed by Quora, Inc..Filed In Associated Cases: 1:18−cv−10262−RA, 1:18−cv−12215−RA, 1:18−cv−12250−RA, 1:18−cv−12267−RA(Bussey, Megan) (Entered: 07/16/2019) |
| 07/17/2019 | 53 | LETTER addressed to Judge Ronnie Abrams from William P. Ramey III dated July 17, 2019 re: Response to Letter Motion, ECF No. 62. Document filed by NetSoc, LLC.Filed In Associated Cases: 1:18−cv−10262−RA, 1:18−cv−12215−RA, 1:18−cv−12250−RA, 1:18−cv−12267−RA(Ramey, William) (Entered: 07/17/2019) |
| 07/23/2019 | 54 | LETTER addressed to Judge Ronnie Abrams from William P. Ramey III dated July 23, 2019 re: ECF 62. Document filed by NetSoc, LLC. (Attachments: # 1 Exhibit)Filed In Associated Cases: 1:18−cv−10262−RA, 1:18−cv−12215−RA, 1:18−cv−12250−RA, 1:18−cv−12267−RA(Ramey, William) (Entered: 07/23/2019) |
| 07/26/2019 | 55 | MEMO ENDORSEMENT: on re: (50 in 1:18−cv−12267−RA, 65 in 1:18−cv−10262−RA, 49 in 1:18−cv−12215−RA, 54 in 1:18−cv−12250−RA) Letter filed by NetSoc, LLC. ENDORSEMENT: A status conference is hereby scheduled for August 27, 2019,at 1:00 p.m. If that time is inconvenient for the parties, they may file a letter proposing alternative dates by August 3, 2019. No later than week prior to the conference, all parties shall file a joint status letter addressing any issues they wish to discuss. Should Plaintiff appeal the judgment of the Northern District of Texas invalidating the '107 patent, the status letter shall include the parties' positions on Plaintiffs request for a stay of all cases in this consolidated action. SO ORDERED., ( Status Conference set for 8/27/2019 at 01:00 PM before Judge Ronnie Abrams.) (Signed by Judge Ronnie Abrams on 7/26/2019) Filed In Associated Cases: 1:18−cv−10262−RA, 1:18−cv−12215−RA, 1:18−cv−12250−RA, 1:18−cv−12267−RA(ama) (Entered: 07/26/2019) |
| 07/26/2019 | 56 | LETTER addressed to Judge Ronnie Abrams from Megan Bussey dated July 26, 2019 re: Response to ECF 54. Document filed by Quora, Inc..(Bussey, Megan) (Entered: 07/26/2019) |
| 07/29/2019 | 57 | MEMO ENDORSEMENT on re: (56 in 1:18−cv−12250−RA) Letter filed by Quora, Inc. ENDORSEMENT: In light of Plaintiff's agreement to withdraw its claims with respect to the '107 patent with prejudice, as against Defendants Quora Inc. and Oath Inc., see Pl's July 23, 2019 Ltr. (Dkt. 65),the Court accepts Plaintiff's Amended Complaints as filed in cases 18−cv−12250, and 18−cv−12267. The deadline for Defendants Quora Inc. and Oath Inc. to respond to the Amended Complaints will be addressed at the August 27th conference along with all other outstanding issues. (Signed by Judge Ronnie Abrams on 7/29/2019) Filed In Associated Cases: 1:18−cv−10262−RA, 1:18−cv−12250−RA(mro) (Entered: 07/29/2019) |
| 08/20/2019 | 58 | |

| | | |
|---|---|---|
| | | STATUS REPORT. *Joint Status Report Per ORDER ECF 66* Document filed by NetSoc, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:18–cv–10262–RA, 1:18–cv–12215–RA, 1:18–cv–12250–RA, 1:18–cv–12267–RA(Ramey, William) (Entered: 08/20/2019) |
| 08/28/2019 | 59 | RESPONSE in Opposition to Motion re: (19 in 1:18–cv–12215–RA) MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(6).*, (24 in 1:18–cv–10262–RA) MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(6). Supplemental Briefing on Patent Eligibility of US Patent 9,978,107*. Document filed by NetSoc, LLC. (Attachments: # 1 Affidavit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Affidavit, # 6 Exhibit)Filed In Associated Cases: 1:18–cv–10262–RA, 1:18–cv–12215–RA, 1:18–cv–12250–RA, 1:18–cv–12267–RA(Ramey, William) (Entered: 08/28/2019) |
| 08/28/2019 | 60 | ORDER: Pursuant to the discussion on the record at yesterday's conference, Defendants Chegg and Linkedin shall file supplemental letter briefs no later than September 10, 2019, addressing whether Plaintiff's claims against them are barred by collateral estoppel in light of Netsoc, LLC v. Match Group, LLC, No. 3:18–CV–01809–N, 2019 WL 3304704 (N.D. Tex. July 22, 2019). Plaintiff's response shall be due September 24, 2019. Defendant Oath shall file its anticipated motion to dismiss Plaintiff's Amended Complaint against it by September 6, 2019. Plaintiff's opposition shall be due September 20, 2019. Oath's reply, if any, shall be due September 30, 2019. Finally, Defendants Oath and Quora may file their anticipated motions for attorney's fees by September 13, 2019. Plaintiff's opposition shall be due September 20, 2019. Replies, if any, shall be due September 27, 2019. (Motions due by 9/13/2019., Responses due by 9/20/2019, Replies due by 9/30/2019.) (Signed by Judge Ronnie Abrams on 8/28/2019) Filed In Associated Cases: 1:18–cv–10262–RA, 1:18–cv–12215–RA, 1:18–cv–12250–RA, 1:18–cv–12267–RA(cf) (Entered: 08/28/2019) |
| 08/29/2019 | 61 | LETTER addressed to Judge Ronnie Abrams from William P. Ramey III dated August 29, 2019 re: Stay. Document filed by NetSoc, LLC.Filed In Associated Cases: 1:18–cv–10262–RA, 1:18–cv–12215–RA, 1:18–cv–12250–RA, 1:18–cv–12267–RA(Ramey, William) (Entered: 08/29/2019) |
| 08/29/2019 | 62 | PROPOSED STIPULATION AND ORDER. Document filed by Quora, Inc.. (Bussey, Megan) (Entered: 08/29/2019) |
| 08/30/2019 | 63 | LETTER addressed to Judge Ronnie Abrams from Megan E. Bussey dated August 30, 2019 re: Response to the letter filed on August 29, 2019 (Dkt. 61) by Mr. Ramey, counsel for NetSoc, LLC. Document filed by Quora, Inc..Filed In Associated Cases: 1:18–cv–10262–RA, 1:18–cv–12250–RA(Bussey, Megan) (Entered: 08/30/2019) |
| 08/30/2019 | 64 | LETTER addressed to Judge Ronnie Abrams from Christopher Kao dated August 30, 2019 re: NetSoc's letter of August 29, 2019 (Dkt. 54). Document filed by LinkedIn Corporation.Filed In Associated Cases: 1:18–cv–10262–RA, 1:18–cv–12215–RA, 1:18–cv–12250–RA, 1:18–cv–12267–RA(Kao, Christopher) (Entered: 08/30/2019) |
| 09/03/2019 | 65 | STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS RELATING TO U.S. PATENT NO. 9,978,107 The plaintiff NetSoc, LLC and defendant Quora, Inc., pursuant to Fed. R. Civ. P. 41, hereby stipulate, subject to the approval and order of the Court, that all of Plaintiff's claims relating to U.S. Patent No. 9,978,107 in this action be dismissed WITH PREJUDICE. SO ORDERED. (Signed by Judge Ronnie Abrams on 9/3/2019) (ks) (Entered: 09/03/2019) |
| 09/03/2019 | Ï | ***DELETED DOCUMENT. Deleted document number 66 AO 120 FORM TRADEMARK – CASE TERMINATED – SUBMITTED. The document was incorrectly filed in this case. (ks)** (Entered: 09/04/2019) |
| 09/13/2019 | 66 | MOTION for Joinder . Document filed by Quora, Inc.. (Attachments: # 1 Exhibit A – Plaintiff's Original Complaint, # 2 Exhibit B – July 8, 2019 Email from Ramey to Jones, # 3 Exhibit C – Declaration of Jordan T. Jones)Filed In Associated Cases: 1:18–cv–10262–RA, |

| | | |
|---|---|---|
| | | 1:18–cv–12250–RA, 1:18–cv–12267–RA(Bussey, Megan) (Entered: 09/13/2019) |
| 09/16/2019 | 67 | BRIEF re: (60 in 1:18–cv–12250–RA, 60 in 1:18–cv–12250–RA) Order, Set Deadlines,,,,,,,, *on Collateral Estoppel*. Document filed by NetSoc, LLC.Filed In Associated Cases: 1:18–cv–10262–RA, 1:18–cv–12215–RA, 1:18–cv–12250–RA, 1:18–cv–12267–RA(Ramey, William) (Entered: 09/16/2019) |
| 09/18/2019 | 68 | RESPONSE in Opposition to Motion re: (66 in 1:18–cv–12267–RA) MOTION for Attorney Fees . . Document filed by NetSoc, LLC. (Attachments: # 1 Text of Proposed Order, # 2 Affidavit of William P. Ramey III, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C)Filed In Associated Cases: 1:18–cv–10262–RA, 1:18–cv–12215–RA, 1:18–cv–12250–RA, 1:18–cv–12267–RA(Ramey, William) (Entered: 09/18/2019) |
| 09/18/2019 | 69 | RESPONSE in Opposition to Motion re: (93 in 1:18–cv–10262–RA, 69 in 1:18–cv–12267–RA, 66 in 1:18–cv–12250–RA) MOTION for Joinder . . Document filed by NetSoc, LLC. (Attachments: # 1 Text of Proposed Order, # 2 Affidavit of William P. Ramey III, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C)Filed In Associated Cases: 1:18–cv–10262–RA, 1:18–cv–12215–RA, 1:18–cv–12250–RA, 1:18–cv–12267–RA(Ramey, William) (Entered: 09/18/2019) |
| 09/27/2019 | 70 | REPLY MEMORANDUM OF LAW in Support re: 66 MOTION for Joinder . . Document filed by Quora, Inc.. (Bussey, Megan) (Entered: 09/27/2019) |
| 09/30/2019 | 71 | REPLY MEMORANDUM OF LAW in Support re: (63 in 1:18–cv–12267–RA) MOTION to Dismiss *Defendant Oath, Inc's Notice of Motion to Dismiss the Second Amended Complaint*. . Document filed by Oath Inc.. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:18–cv–10262–RA, 1:18–cv–12215–RA, 1:18–cv–12250–RA, 1:18–cv–12267–RA(Haddock, Alison) (Entered: 09/30/2019) |
| 10/02/2019 | 72 | MEMORANDUM OPINION AND ORDER: For the foregoing reasons, Quora's motion to transfer NetSoc's case against it, pursuant to 28 U.S.C. § 1406, is GRANTED. The Clerk of Court is directed to transfer Case No. 18–CV–12250 to the Northern District of California, and to remove that case from this consolidated action. SO ORDERED. (Signed by Judge Ronnie Abrams on 10/2/2019) Filed In Associated Cases: 1:18–cv–10262–RA, 1:18–cv–12215–RA, 1:18–cv–12250–RA, 1:18–cv–12267–RA(jca) Transmission to Office of the Clerk of Court for processing. Modified on 10/2/2019 (jca). (Entered: 10/02/2019) |